**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02067-REB-BNB

LISA M. LOMBARDO,

      Plaintiff,

v.

LOWE'S COMPANIES, INC., a North Carolina corporation, and
LOWE'S HIW, INC., a North Carolina corporation,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Notice of Voluntary Dismissal Without Prejudice** [#13][1] filed August 27, 2013.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant, Lowe's Companies, Inc., should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Voluntary Dismissal Without Prejudice** [#13] filed August 27, 2013, is **APPROVED**;

      2.  That plaintiff's claims against defendant, Lowe's Companies, Inc., are **DISMISSED WITHOUT PREJUDICE**; and

---

      [1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     3.  That defendant, Lowe's Companies, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

     Dated August 27, 2013, at Denver, Colorado.

                            **BY THE COURT:**

                            Robert E. Blackburn
                            United States District Judge