**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02067-REB-BNB

LISA M. LOMBARDO,

    Plaintiff,

v.

LOWE'S HIW, INC., a Washington, corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**Blackburn, J.**

    This matter is before me on the **Stipulation for Dismissal With Prejudice** [#22][1] filed by the parties on December 17, 2013. Having reviewed the file and the record, I conclude that the stipulation should be approved and that the action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#53] filed December 17, 2013, is **APPROVED**;

    2. That the combined Final Pretrial Conference andTrial Preparation Conference set October 3, 2014, and the jury trial set to commence October 27, 2014, are **VACATED**; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That this action is **DISMISSED** with prejudice with the parties to bear their own costs and attorney fees.

Dated January 3, 2014 at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge